# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 OCT 29 PM 1:50
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'07 MJ 2543**

The person charged as __DELGADO, Iram__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Central__ District of __California__ on __07/09/02__ with: __Title 18 USC 751__ in violation of:

**ESCAPE**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __10/29/07__

__Wade Gregg__
CI -Deputy United States Marshal

Reviewed and Approved

DATE:

_____
Assistant United States Attorney

*U.S. Marshals will make arrest*

# United States District Court

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

IRAM DELGADO

To: The United States Marshal or any Authorized United States Officer

WARRANT FOR ARREST

COMPLAINTS

**02-1451M**

YOU ARE HEREBY COMMANDED to arrest __IRAM DELGADO__
Name

and bring him or her forthwith to the nearest Judge/Magistrate to answer a Complaint charging him or her with: a violation of Title __18,__ United States Code, Section __751__: Escape.

with Bail fixed at $ __To Be Set by Duty Judge__
REC: BY AUSA

Detention

Date: __July 9, 2002__

ROBERT N. BLOCK
Name of Judge/Magistrate Judge

_(signature)_
Signature of Judge/Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 91 (Rev.5/85) Criminal Complaint

# United States District Court

COPY

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
IRAM DELGADO

(Name and Address of Defendant)

FILED
CLERK, U.S. DISTRICT COURT
JUL - 9 2002
CENTRAL DISTRICT OF CALIFORNIA
BY                     DEPUTY

**CRIMINAL COMPLAINT**

CASE NUMBER: **02-1451M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 28, 2002** in **Los Angeles** county in the **Central** District of **California** defendant(s) did, (Track Statutory Language of Offense)

escape from the custody of the United States Attorney General In violation of Title **18** United States Code, Section(s) **751** I further state that I am a **Deputy U.S. Marshal** and that this complaint is based on the following facts:

On June 28, 2002, information was received from the Federal Bureau of Prisons, Community Corrections Center, Long Beach, California, relating that **DELGADO** had escaped from the **El Monte Community Corrections Center, 11750 Ramona Blvd., El Monte, CA 91731, on 06/28/02**. DELGADO is described as: W/M, DOB/05-04-75, HGT/507, WGT/145, HAIR/BROWN, EYE/BROWN. The institution and/or court records I reviewed indicate that on **August 11, 1997**, DELGADO was sentenced to a term of 78 months by the United States District Court in the **Central District of California, Los Angeles**, for violation of Title 21, United States Code, Section 841: **POSSESSION OF COCAINE**.

Continued on the attached sheet and made a part hereof:    [ ] Yes   [X] No

/s/
Signature of Complainant
JOSEF NEFF
Deputy U.S. Marshal

Sworn to before me and subscribed in my presence,

7-9-02                     at        Los Angeles, California
Date                                   City and State

ROBERT N. BLOCK, MAGISTRATE JUDGE              ROBERT N. BLOCK
Name & Title of Judicial Officer                Signature of Judicial Officer

EY:tw

(WARRANT)